OKLAHOMA COUNTY )
                              )ss
STATE OF OKLAHOMA )

## AFFIDAVIT OF ARIA MEMOLO

1. I, Aria Memolo, of lawful age, being first duly sworn, on oath state as follows:

2. I am the Records Retention Manager, and for purposes of this case, I am the designated records custodian of the Oklahoma County Detention Center operated by the Oklahoma County Criminal Justice Authority ("OCCJA").

3. I have searched Brad Leon Lane's inmate file and found that Lane never submitted any Requests to Staff or Grievances while he was in custody at the Oklahoma County Detention Center between December 11, 2020, through January 2, 2021.

FURTHER AFFIANT SAYETH NOT.

*[signature]*
Aria Memolo
Records Retention Manager

1

EXHIBIT 10

Subscribed and sworn to before me this 2rd day of July, 2024

_____
Notary Public

My Commission Expires:

2-17-27

