# Oklahoma County Detention Center Report Form

Page 1 of 1

| Nature of Report (Print) | | | Date: | Time: |
|---|---|---|---|---|
| Discovery Of Unresponsive Inmate | ☒ Incidental<br>☐ Criminal<br>☐ Medical | ☒ Pod 13D<br>☐ Receiving<br>☐ Clinic<br>☐ Other ____ | Month 01<br>Day 03<br>Year 2021 | 0511 Hrs. |

| (#1) ☐ Victim ☐ Witness ☒ Suspect | ☐ Federal ☐ State ☒ County ☐ Municipal | Floor: 13 Pod: D |
|---|---|---|
| Inmate Name (Last Name First): Brown, Shaquile | IN#: IN 130807207 BR#: BR 765596 | Cell: 11<br>Other: 13B25 |

| (#2) ☒ Victim ☐ Witness ☐ Suspect | ☐ Federal ☐ State ☒ County ☐ Municipal | Floor: 13 Pod: B |
|---|---|---|
| Inmate Name (Last Name First): Lane, Brad | IN#: IN 130807545 BR#: BR 783143 | Cell: 11<br>Other: N/A |

| (#3) ☐ Victim ☐ Witness ☐ Suspect | ☐ Federal ☐ State ☒ County ☐ Municipal | Floor: N/A Pod: N/A |
|---|---|---|
| Inmate Name (Last Name First): N/A | IN#: IN N/A BR#: BR N/A | Cell: N/A<br>Other: N/A |

| (#4) ☐ Victim ☐ Witness ☐ Suspect | ☐ Federal ☐ State ☒ County ☐ Municipal | Floor: N/A Pod: N/A |
|---|---|---|
| Inmate Name (Last Name First): N/A | IN#: IN N/A BR#: BR N/A | Cell: N/A<br>Other: N/A |

**Did Injury Occur?** ☒ Yes ☐ No   **If Yes Who?** Inmate Lane, Brad
**Type Of Injury:** blunt force trama, lacerations, puncture wounds, broken arm
**Where They Taken to?** ☒ Clinic Or ☐ Hospital
**Print Name Of Hospital:** N/A   **Name Of Transport Officer:** N/A
**Departure Date:** 1/3/2021 **Departure Time:** 0050 Hrs.   ☐ Cruiser # N/A
**Return Date:** N/A **Return Time:** N/A Hrs.   ☒ Ambulance # 373

**Where There Any Witnesses?** ☒ Yes ☐ No   **If Yes:**
**Who?** officer

**Was There Any Evidence?** ☒ Yes ☐ No   **If Yes Describe:** metal object
**Evidence Was Sealed And Deposited By Officer:** investigations
**Location Of Evidence is:** investigations

**(Print) Body of Report:** On January 1st, 2021 at approximately 1907 I was returning inmate Hollins, Eddie and doing a sight check in 13 David starting from cell 25 working my way around the pod. I came to cell 11 and found inmate Brown, Shaquile standing on his bunk holding a metal object in both hands, wearing underwear and an orange shirt staring at the wall near his desk. I noticed a red blood spot on the window and asked brown if he was okay and he never responded to me. I looked around the cell and noticed lots of blood splatter. I found his cellmate, Inmate Lane, Brad was laying on the floor against the wall I tried to talk to him with no response. I called for nurse and gurney, and for any available officer for assistance. Officer Laguerre responded first, then nurse pierce, Nurse Muniz, Officer Williamson, and Officer Hailey came in with the gurney. Clp. Lake came in to help along with Lt. Dorofeo, Officer Boarders, Officer Thayer and Officer Coumanis. Lt. Dorofeo took charge of the scene. I locked down 13D04 Hollins and was told to secure the nurses and medical equipment. I asked the nurses to stand on small side of 13 David and I closed the door. We waited for Lt. Reeves to arrive with the big pepper spray cannon. Cpl. Lake, Lt. Dorofeo and Lt. Reeves open the door to cell 11. Inmate Brown exits the cell with the metal object in his left hand. Inmate Brown is blasted with the pepper spray cannon until he drops the metal object. Lt. Reeves grabs Inmate Brown and drops him to the ground with help from Cpl. Lake, Officer Thayer, Officer Boarders and Officer Williamson.

| Reporting Officer (Print) | Reporting Officer (Sign) | Badge # | Supervisor (Print) | Supervisor (Sign) | Badge # |
|---|---|---|---|---|---|
| Cpl. Melissa Wood | *signature* | 26373 | *illegible* | *signature* | *illegible* |

Brad Lane v. OCCJA, Case No. CIV-2023-05-D
OCCJA-008

EXHIBIT 17

Date 01-03-2021    Time: 0511 Hrs.

**Extension Of Body Of Report:** Cpl. Lake grabbed the metal object from underneath Inmate Brown and handed it to me and I placed the object on the floor behind me. Inmate Brown was cuffed and shacked and secured by Lt. Reeves. I tried all my keys to open small side to get to the nurses but none of them fit. I run out and around to the fire door and told the nurses to hurry to cell 11 to access Inmate Lane. I ran back into large side and the nurses said Inmate lane had no pulse, no respiration and is cold to the touch. The nurses with help of staff place Inmate lane on the gurney and remove him from the pod. Inmate Brown was physically carried to clinic 2. I was told to secure the pod. I was positioned outside of 13D at 1920 and told to keep scene secure, record everything and anyone that goes in the pod in a log book other than the 13 David book. The 13 David log book is taken and secured for evidence.

| Reporting Officer (print) | Reporting Officer (Sign) | Supervisor (Print) | Supervisor (Sign) |
|---|---|---|---|
| Cpl melissa wood | [signed] | [signed] Lt. Reeves | Lt. [signed] |

Brad Lane v. OCCJA Case No. CIV-2023-05-D
OCCJA-009
EXHIBIT 134