# Oklahoma County Detention Center Report Form

Page 1 of 2

| Nature of Report (Print)↓ Use of Force | ☒ Incidental<br>☐ Criminal<br>☐ Medical | ☒ Pod 13D<br>☐ Receiving<br>☐ Clinic<br>☐ Other N/A | Date:<br>Month 01<br>Day 02<br>Year 2021 | Time:<br>1910 Hrs. |
|---|---|---|---|---|

| (#1) ☐Victim ☐Witness ☒Suspect | ☐ Federal ☐ State ☒ County ☐ Municipal | Floor: 13 Pod: D |
|---|---|---|
| Inmate Name (Last Name First): Brown, Shaquile | IN#: 130807207  BR#: 200476177 | Cell: 11<br>Other: N/A |

| (#2) ☐Victim ☐Witness ☒Suspect | ☐ Federal ☐ State ☒ County ☐ Municipal | Floor: 13 Pod: D |
|---|---|---|
| Inmate Name (Last Name First): Lane, Brad | IN#: 130807545  BR#: 200439366 | Cell: 11<br>Other: N/A |

| (#3) ☐Victim ☐Witness ☒Suspect | ☐ Federal ☐ State ☒ County ☐ Municipal | Floor: N/A Pod: N/A |
|---|---|---|
| Inmate Name (Last Name First): N/A | IN#: N/A  BR#: N/A | Cell: N/A<br>Other: N/A |

| (#4) ☐Victim ☐Witness ☒Suspect | ☐ Federal ☐ State ☒ County ☐ Municipal | Floor: N/A Pod: N/A |
|---|---|---|
| Inmate Name (Last Name First): N/A | IN#: N/A  BR#: N/A | Cell: N/A<br>Other: N/A |

Did Injury Occur? ☒ Yes ☐ No          If Yes Who? Lane, Brad
Type Of Injury: Head Injury             Where They Taken to? ☒ Clinic Or ☐ Hospital
Print Name Of Hospital: N/A             Name Of Transport Officer: N/A
Departure Date: N/A Departure Time: N/A Hrs.   ☐ Cruiser # N/A
Return Date: N/A Return Time: N/A Hrs.         ☐ Ambulance # N/A

Where There Any Witnesses? ☒ Yes ☐ No    If Yes:
Who? Lt. Doroteo, Lt. Chairess, Lt. McGuckin, Cpl. Lake, Cpl. Wood, SDO Coumanis, SDO Thayer, SDO Laguerre, SDO Jones, SDO Watts

Was There Any Evidence? ☐ Yes ☒ No   If Yes Describe: N/A
Evidence Was Sealed And Deposited By Officer: N/A
Location Of Evidence is: N/A

**(Print) Body of Report:**

On 01/02/2021 at around 1905 I heard a call over the radio for all available officers to come to 13D. I then heard someone ask what was going on in 13D. The response to that was there was "there is an unresponsive male and there's a lot of blood in the cell". I then started to make my way to 13D. As I was on elevator 1 Lt. Doroteo called me on the radio and advised me that "You might want to bring Lt. MaHomes". I was aware that she meant for me to bring the pepperjet to the pod. I then told the elevator operator to take elevator 1 to the 10th floor so I could get the pepperjet out of the Shift Commanders Office. I then made my way to 13D.

When I arrived to 13D I saw a large amount of officers at cell 11. As I made my way to the cell the officers started to disperse. When I got to the cell it was just Lt. Doroteo and Cpl. Lake at the door. I asked Lt. Doroteo what was going on and she advised me that the inmate was being uncooperative and his cellmate was unresponsive. I then asked Inmate Brown if he would go to the back of the cell and he did not comply. I asked if he would turn around and put his hands behind his back and he did not comply. Inmate Brown was holding some sort of metal object in his hand and waving it around in the air. Due to not knowing the status of inmate Lane I decided to open the door and try and take inmate Brown out of the cell so other officers and/or nurses could try and render aid.

| Reporting Officer (Print) | Reporting Officer (Sign) | Badge # | Supervisor (Print) | Supervisor (Sign) | Badge # |
|---|---|---|---|---|---|
| Lt. Andrew Reeves | [signature] | 134 | | | |

EXHIBIT 18
OCCJA-001

Brad Lane v. OCCJA; Case No.: CIV-2023-05-D

# Oklahoma County Detention Center Report Form

## Extension Page For Body Of Report

Page 2 of 2

Date 01-02-2021    Time: 1910 Hrs.

**Extension Of Body Of Report:**

I advised Lt. Doroteo and Cpl. Lake as soon as the door was opened I was going to spray him. Cpl. Lake then unlocked the door and Lt. Doroteo opened the door. As soon as the door opened I asked inmate Brown to turn around and place his hands on his head and he did not comply. Inmate Brown then started to walk out of the cell. I then sprayed Inmate Brown in the face with pepperjet. The pepperjet did not seem to have any effect on him. I then grabbed inmate Brown's shirt on the right arm sleeve and began to try and place him on the ground. Inmate Brown resisted me and two more officers then assisted me with taking inmate Brown to the ground. Lt. Doroteo came over to me during the struggle and took the pepperjet from me so I could use both hands. As soon as I got both hands on Inmate Brown I was able to get his hands behind his back and get him into handcuffs. Inmate Brown was still attempting resist and Lt. Doroteo asked someone to place Shackles on him. Inmate Brown continued to try and resist so I maintained control of the inmate.

I yelled to the other officers and inmates that someone needed to go check on Inmate Lane who was still in the cell. I then placed Inmate Brown in a seated position against the wall to try and assist with Inmate Lane in the cell. As I went to the cell I saw the other officer struggling with Inmate Brown so I went back over and took control of him again. I told the nursing staff to go into the cell and render aid and if the Inmate was not able to get aid we were leave him in the cell. Around this time I heard Lt. McGuckin say we need to get him on the gurney and I said no he needs to remain in the cell. Lt. McGuckin said he is on the phone with the Captain and Captain Henley wanted him placed on the gurney and taken out of the pod. I the just maintained control of Inmate Brown.

When I was able to I got up from the ground and stepped over to the cell again and helped get inmate Lane onto the gurney. I then returned to Inmate Brown who was again attempting to resist so I again took control of him. When SDO Watts and SDO Jones entered the pod I had them take Inmate Brown to the clinic. DO Borders assisted them with the escort.

I then made my way to the clinic to wait for more information. When I arrived to the clinic I was advised that Inmate Brown was trying to hit his head on the wall and hit and spit on the officers. I then Called Captain Henley and advised him of the situation and asked if we could place him in the restraint chair. Captain Henley gave permission to place Inmate Brown in restraints. Inmate Brown was placed into restraint with no incident. Once the investigators were complete with Inmate Brown Cpl. Lake and I took him to the shower next to 13B25 to decontaminate. After his shower he was placed in 13B20 on SPII status. He was placed in the cell with no incident. //End of Report\\

| Reporting Officer (print) | Reporting Officer (Sign) | Supervisor (Print) | Supervisor (Sign) |
|---|---|---|---|
| Lt Andrew Reeves | Lt AR 134 | | EXHIBIT 18<br>OCCJA-002 |