OKLAHOMA COUNTY        )
                       )ss
STATE OF OKLAHOMA      )

# AFFIDAVIT OF GREG WILLIAMS

I, Greg Williams, do swear and affirm to the following:

1. I was the Jail Administrator for the Oklahoma County Detention Center ("OCDC") from July 1, 2020, until January 19, 2023.

2. As the Jail Administrator, I was responsible for the overall performance, safety, and operations of the OCDC. A copy of the job description for the Jail Administrator is attached as Exhibit 1 to this Affidavit.

3. The number of officers needed to operate a secure facility is dependent on the number of duties, and the time it takes to perform each duty. Therefore, when facing staffing challenges, one must either eliminate duties or increase efficiency in performing those duties. I did both during my tenure at the OCDC.

4. Under the Sheriff's operational control of the OCDC, he employed both detention officers and deputies. Generally, detention officers are responsible for the custody, order, and safety of the inmates confined at

the jail. In contrast, deputies patrol the streets, serve as school resource officers and enforce the criminal laws in Oklahoma.

5. When the Sheriff operated the jail, he could assign reserve deputies, school resource officers, and other sheriff deputies to assist with duties at the OCDC, at certain times and when needed.

6. When the Oklahoma Criminal Justice Authority took over jail operations, the deputies followed the Sheriff. In addition, some detention officers left the jail because the career path to becoming a deputy sheriff was no longer viable.

7. When I was hired as the Jail Administrator, staffing was a top priority.

8. Tricia Everest, who served as the first Chairperson for the Oklahoma County Criminal Justice Authority, and I discussed staffing issues and strategized over ways to recruit more staff and retain more staff.

9. One of the first things I did was hire a recruiting officer and additional human resources staff.

10. By way of example, officer duties were reduced in food service by contracting with a professional food service vendor. All officers, except

EXHIBIT 19

those who were needed to provide security, were removed from food service and relocated to critical areas of the OCDC.

11. Officers working in maintenance were replaced with professional and trained maintenance personnel. This allowed the relocation of detention officers to other critical areas of the detention center.

12. We entered into a contract with a professional commissary company for commissary services. This allowed the relocation of detention officers to other critical areas of the detention center.

13. We hired housekeeping staff to clean the unsecured areas of the dentition center allowing for the relocation of officers into other critical areas of the jail.

14. We contracted with off duty police and deputies to watch prisoners in the hospital this freed up officer time so they could perform duties at the detention center.

15. We hired an experienced, non-uniformed training director to free up security staff to perform other critical duties.

16. We hired a safety officer allowing the security officer that was performing those duties to be utilized in other critical areas.

17. During the COVID-19 pandemic, I reached out to the Oklahoma Department of Corrections. The Oklahoma Department of Corrections agreed to send trained correctional officers to the jail and assist with daily operations and perform mass searches of the jail for several days on multiple occasions.

18. I also reached out to the Oklahoma National Guards and inquired about the possibility of having guard members assist with staffing emergencies. Unfortunately, that was not a viable option because of training issues.

19. We implemented several pay increases, gave staff $1,000 recruiting bonuses, and gave "hero" pay to staff during the COVID-19 pandemic.

20. We made every effort to keep the numbers of people detained at the OCDC as low as possible despite the inability to control or influence those being admitted or released.

21. The one area we had influence on the population was transferring sentenced inmates out of the jail to the receiving jurisdiction. On many occasions we made arrangements with the Oklahoma Department of Corrections to receive and often transport a hundred or more sentenced

EXHIBIT 19

inmates, which was above what was typically scheduled, to the Oklahoma Department of Corrections reception centers.

22. We increased efficiency by purchasing an automated Key Watcher system that allowed staff to check out their keys without tying up officer time at central control, allowing staff to get on post without delay.

23. We upgraded and added security cameras that allowed more out of cell time and increased safety for staff.

24. We bought new locks for the cell doors and began remodeling cell doors with larger windows making it easier and faster to perform security and safety checks.

25. During my tenure, we repeatedly strategized about how to hire and retain more detention staff to achieve higher levels of staffing.

FURTHER AFFIANT SAYETH NOT.

_____
Greg Williams

Subscribed and sworn to before me this 2nd day of July, 2024.

_____
Notary Public
Comm. No. 20010544
Expires 8/27/24



## Oklahoma County Detention Center

201 N. Shartel Avenue
Oklahoma City, OK 73102
Phone: 405.713.1930 / Fax: 405-713-1978

**Jail Administrator** – The Jail Administrator is responsible for the overall performance, safety, and compliance of the Oklahoma County Detention Center. This position establishes short and long-term priorities, goals, and objectives to carry out the mission and vision. This position implements strategies to ensure continuous improvement, date driven decision making, employee engagement and dignified inmate services. This position will serve as the subject matter expert for jail standards and operations and act as the agency's spokesperson when called upon. Oversees, directs, and implements policies, program, rules, and regulations to ensure effective administration of the jail; develops and implements standard operating procedures to address inmate behavior and management of staff. Serves as the leader of the executive leadership team, equips, trains, and empowers key leadership positions to execute the agency's goals and objectives. Provides briefs on operations activities and status of daily operations and incidents; facilitates the development and dissemination of detailed progress reports and facility updates; holds regular meetings with key staff to review operations and performance, making improvements as needed. Oversees the regular formal and informal inspections of the jail facilities; coordinates and facilitates State and Federal inspections and implements recommended changes. Ability to implement and execute strategic plans, organization objectives and directives such as programs and policies to alleviate deficiencies. Ensures activities are performed in accordance with all applicable laws, regulations, policies, and procedures; ensures the proper management of all required programs related to the housing, booking, and releasing of inmates. Communicates with a variety of agencies and administrators both internal and external regarding the detention operations and management; performs community relations and citizen relations work as needed. Maintains membership and actively participate in nationally recognized associations and networks such as the National Institute of Corrections or the American Jail Association.

**Chief of Operations** – The Chief of Operations, OCDC indirectly coordinates day-to-day activities of the Oklahoma County Detention Center. Transmits orders to subordinate staff for execution. Supervises, through subordinate supervisors, investigation, court services, jail, and communications. Develops and recommends departmental activities and monitors effectiveness of procedures. Reviews daily activities reports and other paperwork. Investigates or directs investigation of complaints against subordinates. Participates in hiring and disciplinary actions. Prepares/reviews budget, requisitions equipment, and services. Prepares reports and addresses civic and educational groups on Detention Center subjects. Assumes facility command of division during emergency operations.

**Executive Assistant/Recruitment and Retention** – Organizes the daily activities of the Jail Administrator's office to include providing administrative assistance, such as writing and editing emails, drafting memos, and preparing communications on the Jail Administrator's behalf. Manages the Jail Administrator's day-to-day calendar, including making appointments and prioritizing the most sensitive matters. Maintains comprehensive and accurate corporate records, documents, and reports. May independently research, locate, assemble, collate, edit, and summarize materials, information, and data for administrative consideration for action. Takes and transcribes dictation of confidential, technical, or legal material requiring a high degree of accuracy; records and transcribes proceedings of meetings and conferences. Organizes meetings, including scheduling, sending reminders, tracking projects and deadlines. Answers incoming phone calls in a polite and professional manner, accurately taking messages and routing phone calls to the appropriate personnel. Welcomes visitors